In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-597 CV


____________________



JONES OIL, INC., Appellant



V.



BAXTER OIL SERVICE, INC., Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-163419






MEMORANDUM OPINION (1)


 The appellant, Jones Oil, Inc., and the appellee, Baxter Oil Service, Inc., filed a
joint motion to dismiss this appeal with prejudice. The parties allege they have settled all
disputes and agreed to dismiss this appeal. The Court finds that the motion is voluntarily
made by the parties through their attorneys of record prior to any decision of this Court
and should be granted. Tex. R. App. P. 42.1(a)(1), (2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party. 

 

 PER CURIAM


Opinion Delivered March 11, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.